Same case below, 626 F.3d 203.

**No. 10-9269. Michael Sean Green, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1833, 179 L. Ed. 2d 788, 2011 U.S. LEXIS 2694.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 911.

**No. 10-9271. Gregory Anthony Gomes, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1833, 179 L. Ed. 2d 788, 2011 U.S. LEXIS 2733.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 621 F.3d 1343.

**No. 10-9273. John Hise, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1833, 179 L. Ed. 2d 788, 2011 U.S. LEXIS 2704.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 400 Fed. Appx. 989.

**No. 10-9275. Edith Hernandez-Mendez, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1833, 179 L. Ed. 2d 788, 2011 U.S. LEXIS 2786.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 10-9278. Marc Jadlowe, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1833, 179 L. Ed. 2d 788, 2011 U.S. LEXIS 2638.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 628 F.3d 1.

**No. 10-9282. Gregory A. Esquivel, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1834, 179 L. Ed. 2d 788, 2011 U.S. LEXIS 2675.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-9283. Terrance Larnell Cole, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1834, 179 L. Ed. 2d 788, 2011 U.S. LEXIS 2730.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9290. Monterius R. Smith, Petitioner v. United States.**

563 U.S. 926, 131 S. Ct. 1834, 179 L. Ed. 2d 788, 2011 U.S. LEXIS 2629.

April 4, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.